Nicholas A. IACOBUCCI, d/b/a Talk of the Town, et al., Plaintiffs-Appellants,

v.

CITY OF NEWPORT, KENTUCKY, et al., Defendants-Appellees.

No. 83–5471.

United States Court of Appeals, Sixth Circuit.

March 2, 1987.

Before KEITH and MARTIN, Circuit Judges; and POTTER, District Judge.*

### ORDER

This matter is remanded to the United States District Court for the Eastern District of Kentucky for further proceedings in conformity with the opinion of the Supreme Court, —— U.S. ——, 107 S.Ct. 383, 93 L.Ed.2d 334 (1986).

---

* Honorable John W. Potter, United States District Judge for the Northern District of Ohio, sitting by designation.